# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KRYSTAL WRIGHT,**
ON BEHALF OF HERSELF AND OTHERS
SIMILARLY SITUATED,

      **Plaintiff,**

  vs.

**MAJESTIC CARE STAFF LLC,**
**ET AL.,**

      **Defendants.**

Case No. 2:21-cv-2129

**JUDGE EDMUND A. SARGUS, JR.**

**Magistrate Judge Elizabeth P. Deavers**

## ORDER APPROVING CONDITIONAL CERTIFICATION AND NOTICE

For good cause shown, the Parties' Joint Stipulation to Conditional Certification is **ACCEPTED**. (ECF No. 38.) The class is certified pursuant to 29 U.S.C. § 216(b).

The Court **APPROVES** the Notice of Rights and Consent to Join, attached to the Parties' Joint Stipulation as Exhibit A, and orders their distribution.

    **IT IS SO ORDERED.**

**2/18/2022**
**DATE**

                                              **s/Edmund A. Sargus, Jr.**
                                              **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**