AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern    District of    Ohio

| | | |
|---|---|---|
| **Krystal Wright, et al.,** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:21-cv-2129 |
| **Majestic Care Staff LLC, et al.** | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒    other:   Pursuant to the Order filed 5/1/2023 – This case is closed. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☐ decided by Judge _____ on a motion for _____
_____

Date: _____ 5/1/2023 _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk